# United States District Court

## NORTHERN DISTRICT OF OHIO

Jane Doe, et al.,

V.

Dean Boland

SUMMONS IN A CIVIL CASE

Case Number: **1:07CV2787 JUDGE BOYKO**

Judge:

Magistrate Judge: **MAG. JUDGE PERELMAN**

TO: (Name and address of defendant)

DEAN BOLAND
18123 Sloane Avenue
Lakewood, Ohio 44017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan E. Rosenbaum
230 Third Street, Suite 104
Elyria, Ohio 44035

an answer to the complaint which is herewith served upon you, within ~~30~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GERI M. SMITH
Clerk

*Betty J. Childress*
(By) Deputy Clerk

DATE: ~~9-13-07~~ SEP 1 4 2007

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: _____
( Date )
                                    Signature of Server

                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.