AO 440 (Rev. 08/06) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF OHIO

Jane Doe, et al.,

V.

Dean Boland

**SUMMONS IN A CIVIL CASE**

Case Number: **1:07CV2787**

Judge **JUDGE BOYKO**

Magistrate Judge

**MAG. JUDGE PERELMAN**

TO: (Name and address of defendant)

DEAN BOLAND
18123 Sloane Avenue
Lakewood, Ohio 44017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan E. Rosenbaum
230 Third Street, Suite 104
Elyria, Ohio 44035

an answer to the complaint which is herewith served upon you, within ~~30~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GERI M. SMITH
Clerk

DATE: ~~9-13-07~~ SEP 1 4 2007

*Betty J. Childress*
(By) Deputy Clerk

UNITED STATES POSTAL SERVICE
CLEVE OH 44
20 SEP 2007 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JONATHAN E. ROSENBAUM
*Attorney-at-Law*
230 Third Street, Suite 104
Elyria, Ohio 44035
440-322-7972

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ⎯ ⎯ n Boland, Esq.
   12183 Sloane Road
   Lakewood, Ohio 44107

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Dolores Hin*       ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   D                              9-20-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7005 0390 0006 3609 3616

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## RETURN OF SERVICE

DATE 9-2007

Service of the Summons and Complaint was made by me

| Name of SERVER (PRINT) | TITLE |
|---|---|
| Jonathan E. Rosenbaum | Atty |

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served

By certified mail receipt # 7005 0390 0006 3609 366 Green card attached

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted

[ ] Other (specify)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | Cert Mail | 6.41 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on:
( Date )
9/21/07

Signature of Server

Address of Server

**JONATHAN E. ROSENBAUM**
*Attorney-at-Law*
230 Third Street, Suite 104
Elyria, Ohio 44035
440-322-7972

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure