**Potentially Embarrassing Altered Images of Minors**

FIGURE 2

- Prohibited by 2256(8)(c) definition
- Permitted by 2256(8)(c) definition

- Minor appears to be disfigured
- Minor appears to be making obscene gesture at parents, religious figure, president of the U.S.
- Minor appears to be eating something disgusting
- Minor appears to be engaged in sexual conduct
- Minor appears to be injuring an animal
- Minor appears to be murdering another person
- Minor appears to be wearing a shirt or carrying a sign with an obscene message upon it
- Adolescent minor appears to be 100 pounds overweight or aneroxic when they are not
- Minor appears to be injecting illegal drugs into their arm
- Unmarried Muslim adolescent female appears to be kissing an Orthodox Jewish male
- Adolescent male appears to be kissing another adolescent male
- Muslim male appears to be wearing a cross and praying at a Catholic Church
- Muslim minor (male or female) appears to be desecrating an image of the prophet Muhammed

These images have the potential to cause severe harm, including death, depending on the cultural environment within the United States in which they are disclosed.