IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| JANE DOE *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:07cv2787 <br><br> JUDGE DAN A. POLSTER <br><br> **Motion to Continue Case Management Conference Hearing set for December 19, 2007** |
| *Plaintiffs* | | |
| vs. | | |
| DEAN BOLAND | | |
| *Defendant* | | |

    Plaintiffs, through counsel, move this Honorable Court to continue the Case Management Conference scheduled for December 19, 2007, at 9:30 A.M. per this Court's order of November 20, 2007. The undersigned is scheduled to begin a jury trial in the matter of *Witte, et al., v. Sisler,* Cuyahoga County Common Pleas Case No. CV-06-597586 on December 17, 2007 at 9:00 A.M., said matter having been reset for trial on October 5, 2007, and may not be able to attend the Case Management Conference set for December 19, 2007. The *Witte* case is a complex personal injury case dealing with cognitive loss caused by a traumatic brain injury and requires extensive preparation.

Additionally, plaintiff's counsel is currently preparing of a jury trial scheduled for November 28, 2007 at 10:00 A.M. in the matter of *Reese, et al., v. Vogel,* Cuyahoga County Common Pleas Case No. CV -06-0588418.

Plaintiffs' counsel is a sole practitioner and requests this Court that to continue the Case Management Conference until last week of January so that counsel may have time to meaningfully comply with the Case Management Order issued by this Court. Plaintiffs' Counsel suggests to the Court that with the demands of his current schedule and the upcoming holiday season that he cannot meaningfully comply with the Case Management Conference order as scheduled.

WHEREFORE, Plaintiffs respectfully requests that this Court continue the hearing scheduled for December 19, 2007 to the last week of January.

Respectfully submitted,

/s/ *Jonathan E. Rosenbaum*
Jonathan E. Rosenbaum (Ohio Bar Reg. No. (021698)
Attorney for Plaintiffs
230 Third Street, Suite 104
Elyria, Ohio 44035
(440) 322-7972
fax (440) 322-7972
Email: jerosenbaum@alltel.net

**Proof of Service**

A true and accurate copy of the foregoing has been electronically served this 25th day of November, 2007 by the Court's electronic filing system

/s/ Jonathan E. Rosenbaum
JONATHAN E. ROSENBAUM
Supreme Court Reg. No. 0021698
Attorney for Plaintiffs