Motion Granted. CMC rescheduled for January 11, 2008 at 1:30 p.m. The Parties' Planning Report is due by 12:00 p.m. on 1/8/08. /s/Dan Aaron Polster 11/27/07

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE *et al.*, | ) | CASE NO. 1:07cv2787 |
| | ) | |
| | ) | JUDGE DAN A. POLSTER |
| | ) | |
| *Plaintiffs* | ) | **Motion to Continue Case Management Conference Hearing set for December 19, 2007** |
| vs. | ) | |
| DEAN BOLAND | ) | |
| *Defendant* | ) | |

Plaintiffs, through counsel, move this Honorable Court to continue the Case Management Conference scheduled for December 19, 2007, at 9:30 A.M. per this Court's order of November 20, 2007. The undersigned is scheduled to begin a jury trial in the matter of *Witte, et al., v. Sisler,* Cuyahoga County Common Pleas Case No. CV-06-597586 on December17, 2007 at 9:00 A.M., said matter having been reset for trial on October 5, 2007, and may not be able to attend the Case Management Conference set for December 19, 2007. The *Witte* case is a complex personal injury case dealing with cognitive loss caused by a traumatic brain injury and requires extensive preparation.