IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| PETER LORA, et al | 1:07 CV 2787 |
|---|---|
| | JUDGE DAN AARON POLSTER |
| V. | |
| | MOTION FOR A MORE DEFINITE STATEMENT |
| DEAN BOLAND | |

Now comes Dean Boland and respectfully requests this court order plaintiffs to provide a more definite statement for the reasons contained in the attached brief.

/s/ Dean Boland
Dean Boland (0065693)
18123 Sloane Avenue
Lakewood, Ohio 44107
216.529.9371 phone
866.455.1267 fax
dean@deanboland.com

Motion Denied.  Defendant can obtain futher details during discovery.
/s/Dan Aaron Polster  12/3/07