IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| JANE DOE *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:07cv2787 |
|  |  | JUDGE  DAN A. POLSTER |
| *Plaintiffs* |  | **<u>Notice of Service of</u>** <br> **<u>Plaintiff's First Set of Interrogatories</u>** <br> **<u>Requests for Production, and</u>** |
| vs. |  | **<u>REQUESTS FOR ADMISSIONS</u>** |
| DEAN BOLAND |  |  |
| *Defendant* |  |  |

Now come the Plaintiffs and give notice that they have served their First Set of Interrogatories, Requests for Production, and Requests for Admission on the Defendant electronically by email and by ordinary mail this 5th day of March, 2008 upon the following:

Dean Boland, Esq.
18123 Sloane Avenue
Lakewood, Ohio 44017
dean@deanboland.com

Respectfully submitted,

*/s/ Jonathan E. Rosenbaum*
Jonathan E. Rosenbaum (Ohio Bar Reg. No. (021698)
Attorney for Plaintiffs
230 Third Street, Suite 104
Elyria, Ohio 44035
(440) 322-7972
fax (440) 322-7972
Email: jerosenbaum@alltel.net