# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, ET AL., | ) | CASE NO. 1:07cv2787 |
| Plaintiff(s), | ) | |
| vs. | ) | JUDGE DAN A. POLSTER |
| DEAN BOLAND, | ) | |
| Defendant(s). | ) | |

**TAKE NOTICE** that the **5/12/08** STATUS/SETTLEMENT CONFERENCE in the above-entitled case has been rescheduled for ***9:00 a.m.,** in **Chambers 18B**, U.S. Courthouse, **801 W. Superior Ave., Cleveland,** Ohio, before the Honorable Dan Aaron Polster, United States District Judge.

* Change of time only.

                                              GERI M. SMITH
                                              Clerk of Court

By    */s/Robert T. Pitts 3/17/08*
           Robert T. Pitts
           Deputy Clerk
           (216) 357-7192