**stockphoto.com**

| | Search | | All Files | Go |

GoFlamesGo | Downloads: 0 | Account balance: $0.75 | Total Earnings: $0.75 | Buy Download Credits | 0 Mail | Logout
 | Uploads: 0 | Download Credits Remaining: 191 | | | |

**My Downloads**

- Home
- Introduction
- Search
- Browse Categories
- Most Popular Files
- Designer Spotlight
- Galleries
- Forums
- Store
- My Profile
- Upload Files
- My Uploads
- My Downloads
- Mailbox
- Lightbox
- Administration
- Support

**Details** | Images
Displaying 21 to 40 of 85 items.                                1 2 3 4 5

| Image | ID | Date | Size | Credits | Type | IP Address | Void |
|---|---|---|---|---|---|---|---|
| | 191822 | Friday April 23, 2004, 9:37 PM | | 1 | Regular | 68.109.205.51 | No |
| | 167443 | Tuesday March 2, 2004, 6:17 PM | Small | 1 | Regular | 68.109.205.51 | No |
| | 99460 | Monday March 1, 2004, 9:38 PM | Small | 1 | Regular | 68.109.205.51 | No |
| | 178304 | Monday March 1, 2004, 9:33 PM | Small | 1 | Regular | 68.109.205.51 | No |
| | 85137 | Monday March 1, 2004, 9:32 PM | Small | 1 | Regular | 68.109.205.51 | No |
| | 151251 | Sunday February 15, 2004, 6:31 PM | Small | 1 | Regular | 68.109.205.51 | No |
| | 126843 | Friday February 13, 2004, 3:30 PM | Small | 1 | Regular | 68.76.78.174 | No |
| | 160712 | Friday February 13, 2004, 3:14 PM | Small | 1 | Regular | 68.76.78.174 | No |
| | 163510 | Friday February 13, 2004, 3:12 PM | Small | 1 | Regular | 68.76.78.174 | No |
| | 131653 | Friday February 13, 2004, 3:06 PM | Small | 1 | Regular | 68.76.78.174 | No |
| | 158859 | Sunday February 8, 2004, 11:48 AM | Small | 1 | Regular | 68.109.205.51 | No |
| | 82176 | Sunday February 8, 2004, 11:46 AM | Small | 1 | Regular | 68.109.205.51 | No |
| | 156281 | Tuesday January 27, 2004, 8:55 PM | Large | 1 | Regular | | No |
| | 161876 | Friday January 23, 2004, 8:06 PM | Large | 1 | Regular | | No |
| | 147415 | Saturday January 10, 2004, 1:57 PM | Large | 1 | Regular | | No |
| | 154253 | Saturday January 10, 2004, 9:14 AM | Large | 1 | Regular | | No |
| | 129721 | Saturday January 3, 2004, 10:44 PM | Large | 1 | Regular | | No |
| | 146682 | Saturday January 3, 2004, 10:31 PM | Large | 1 | Regular | | No |

Exhibit "A"