# istockphoto.com

Search [          ]  All Files  [Go]

GoFlamesGo | Downloads: 0 | Account balance: $1.75 | Total Earnings: $1.75 | Buy Download Credits | 0 Mail | Logout
           | Uploads: 0   | Download Credits Remaining: 194

- Home
- Introduction
- Search
- Browse Categories
- Most Popular Files
- Designer Spotlight
- Galleries
- Forums
- Store
- My Profile
- My Creative Network
- Upload Files
- My Uploads
- My Downloads
- Mailbox
- Lightbox
- Administration
- Frequently Asked Questions
- Support

## File Downloads

junk food
Fullsize: 2832 X 2128
Photographer: ronbloom
Total Royalties: $0.00

**Details**
Displaying 1 to 10 of 10 items.

| Date | Size | Type | Royalty | Downloader | Credits | Void |
|---|---|---|---|---|---|---|
| Thursday July 1, 2004, 3:24 AM | Large | Regular | 0.30 | sbcstudio | 3 | No |
| Sunday May 23, 2004, 6:47 PM | Small | Regular | 0.10 | gecrscm | 1 | No |
| Monday May 17, 2004, 4:04 PM | Small | Repeat | 0.00 | inbloom | 0 | No |
| Monday May 17, 2004, 4:03 PM | Small | Regular | 0.10 | inbloom | 1 | No |
| Thursday April 29, 2004, 2:31 AM | Medium | Regular | 0.20 | jan257 | 2 | No |
| Monday March 8, 2004, 12:50 PM | Large | Regular | 0.30 | tjaeck | 3 | No |
| Monday February 23, 2004, 11:34 PM | Small | Regular | 0.10 | mjflynn | 1 | No |
| Thursday February 19, 2004, 1:49 PM | Large | Regular | 0.30 | hhaegnow | 3 | No |
| Friday February 13, 2004, 3:18 PM | Small | Regular | 0.10 | docman | 1 | No |
| Tuesday December 23, 2003, 3:58 PM | Large | Regular | 0.10 | PRC | 1 | No |

Displaying 1 to 10 of 10 items.

hosting: webcorelabs  design: evolvs.com  privacy  legal  contact us

Exhibit "B"