## Jonathan Rosenbaum

**From:**   Jonathan Rosenbaum [jerosenbaum@alltel.net]
**Sent:**   Monday, March 10, 2008 8:52 AM
**To:**     'Dean Boland'
**Subject:** RE:

Nothing is contraband. They are the copies of the original downloads that you  used create contraband.

**From:** Dean Boland [mailto:dean@deanboland.com]
**Sent:** Wednesday, March 05, 2008 12:48 PM
**To:** Jonathan Rosenbaum
**Subject:** Re:

I will review those when they arrive in the mail and inform you in my responses if I can recall them or not.

I presume you have not sent in the mail anything you are alleging is contraband.  If that is the case, please inform me so that I can return the unopened envelope to you immediately upon its receipt.

On Mar 5, 2008, at 12:02 PM, Jonathan Rosenbaum wrote:

Exhibits "A" and "B" are attached to the copy of the discovery requests that I have placed in the mail. They should inform you of exactly who I represent. I am sure you will recognize their images.

Dean Boland
Attorney at Law
18123 Sloane Avenue
Lakewood, Ohio 44107
216.529.9371 phone
866.455.1267 fax
dean@deanboland.com
www.deanboland.com

To provide the best service to my clients, I check my email once each day.  Please call the office or my mobile phone if your matter requires immediate attention.

5/2/2008