UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, et al., | ) | Case No. 1:07 CV 2787 |
| Plaintiffs, | ) ) | Judge Dan Aaron Polster |
| vs. | ) ) | **ORDER** |
| DEAN BOLAND, | ) ) | |
| Defendant. | ) ) | |

Before the Court are the following documents: Notice of Deemed Admissions (ECF No. 26), and Motion to Withdraw Deemed Admissions (ECF No. 27). The Court has reviewed these two documents along with Plaintiffs' Brief in Opposition to Defendant's Motion to Withdraw Deemed Admissions (ECF No. 28).

The Court hereby **ORDERS** Defendant Dean Boland to go to the Cleveland Office of the FBI to view the non-sexually explicit images of the two minor Plaintiffs which he allegedly downloaded from the internet from Istockphoto and provide answers to the requests for admissions no later than 4:00 p.m. on Friday, May 9, 2008. If no answers to the requests for admissions are provided by that time, those requests will be deemed admitted.

Consequently, the Court hereby **STRIKES** the Notice of Deemed Admissions (ECF No. 26) and **DENIES** the Motion to Withdraw Deemed Admissions (ECF No. 27).

**IT IS SO ORDERED.**

/s/ Dan Aaron Polster
Dan Aaron Polster
United States District Judge