IN THE COMMON PLEAS COURT
OF MIAMI COUNTY, OHIO
GENERAL DIVISION

| | | |
|---|---|---|
| STATE OF OHIO | : | CASE NO. 04CR442 |
| Plaintiff, | : | Judge Robert J. Lindeman |
| VS. | : | |
| DANA TAYLOR | : | ENTRY |
| Defendant. | : | |

This matter came on for hearing on July 15, 2005 upon the Defendant's motion for a protective order for the defense lawyer, his staff and all designated digital and imaging expert witnesses.

Apparently, given the State's previous position in this case regarding discovery of all the alleged juvenile pictures, the defense is concerned they may be charged with possession or control of such material by virtue of their use of it to prepare for trial.

Taken to the extremes, of course, this logic extrapolated would mean neither the court reporter, jurors nor judge could possess or control the material at trial.

Clearly this is not the result intended by the law and it would appear by entry filed June 8, 2005, the State has come to the same conclusion.

Anyone involved in the trial preparation or trial of this case would be a person having a proper interest in possessing or controlling the material for judicial purposes.

It is so determined.

_____
ROBERT J. LINDEMAN, JUDGE

cc:   Prosecutor
      Christopher Bucio c/o Bucio & Ehinger

EXHIBIT 1