**MOTION DENIED.   IT IS SO ORDERED.**
s/ Dan A. Polster
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| | 1:07 CV 2787 |
| PETER LORA, et al | JUDGE DAN AARON POLSTER |
| V. | MOTION TO CERTIFY FOR APPEAL THIS COURT'S ORDERS IN DKT. #8 AND DKT. # 29 |
| DEAN BOLAND | PURSUANT TO 28 U.S.C. 1292(b) |

/s/ Dean Boland
Dean Boland 0065693
18123 Sloane Avenue
Lakewood, Ohio 44107
216-529-9371 ph
866-455-1267 fax
dean@deanboland.com

1