IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| PETER LORA, et al | 1:07 CV 2787 |
|  | JUDGE DAN AARON POLSTER |
| V. | NOTICE OF SUBMISSION OF ADMISSION RESPONSES PURSUANT TO DKT. #29 |
| DEAN BOLAND |  |

Defendant respectfully notifies this court that he has submitted to plaintiffs' counsel via email at 10:33 am on May 9, 2008 and via regular mail on May 9, 2008 complete responses to all admissions per this court's order Dkt. #29.

Several attempts to fax same to Plaintiffs' counsel's office have failed as a result of an unknown problem with Plaintiffs' fax machine. Two voicemail message were left with Plaintiffs' counsel regarding same prior to 3:00 pm on May 9, 2008.

/s/ Dean Boland
Dean Boland 0065693
18123 Sloane Avenue
Lakewood, Ohio 44107
216-529-9371 ph
866-455-1267 fax
dean@deanboland.com

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be served upon all parties by operation of the court's electronic filing system

/s/ Dean Boland
Dean Boland 0065693