## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:07cv2787 |
| | | JUDGE DAN A. POLSTER |
| *Plaintiffs* | | **NOTICE OF DEPOSITION** |
| vs. | | |
| DEAN BOLAND | | |
| *Defendant* | | |

NOW come the Plaintiffs and give notice that they will be taking the following deposition:

1. Witness: Dean Boland, Esq.
    18123 Sloane Avenue
    Lakewood, Ohio 44017
    dean@deanboland.com

    Place: Law Office of Jonathan E. Rosenbaum
    230 Third Street, Suite 104
    Elyria, Ohio 44035

    Date: July 29, 2008

    Time: 9:00 A.M.

Since Dean Boland is a party no subpoena will be issued to him. This deposition is taken pursuant to Rule 30 of the Federal Rules of Civil Procedure, and will be continued from day to day until completed and may be used as evidence in the trial of this matter.

>
> Respectfully submitted,
>
> /s/ Jonathan E. Rosenbaum
> Jonathan E. Rosenbaum
> (Ohio Bar Registration No. 0021698)
> Attorney for Plaintiffs
> 230 Third Street, Suite 104
> Elyria, Ohio 44035
> (440) 322-7972
> fax (440) 322-7972
> Email: jerosenbaum@alltel.net

**Proof of Service**

A true and accurate copy this Notice of Deposition has been electronically served this 27th day of June, 2008 on the following:

Dean Boland, Esq.
18123 Sloane Avenue
Lakewood, Ohio 44017
dean@deanboland.com

>
> /s/ Jonathan E. Rosenbaum
> JONATHAN E. ROSENBAUM
> Supreme Court Reg. No. 0021698
> Attorney for Plaintiffs