**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JANE DOE, et al.,** | ) | **Case No.  1:07 CV 2787** |
| | ) | |
| **Plaintiffs,** | ) | **Judge Dan Aaron Polster** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DEAN BOLAND,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On July 10, 2008, the Court held a status conference in this case, during which it was agreed that the Court would articulate the following orders.

To the extent permitted by the Federal Bureau of Investigation and the Office of the United States Attorney, Dean Boland is hereby ordered to examine, with impunity, the contents of his computer hard drive, currently in the possession of the Government, and to supplement the answers to Plaintiffs' interrogatories and requests for admissions, with the knowledge so obtained.

Boland is also ordered to subsequently appear at deposition, view the images shown to him by Plaintiffs' counsel, and answer truthfully the questions posed to him.

The deposition of Boland, currently scheduled at 9:00 a.m. on July 29, 2008, will take place in my chambers or other available courthouse location.

A status conference is scheduled at 9:00 A.M. on September 22, 2008.  In anticipation of the conference, counsel shall submit a letter to the Court no later than 12 noon on

September 17, 2008 addressing the status of discovery, the status of the parties' settlement

discussions, and any issues requiring the Court's attention.

**IT IS SO ORDERED.**

*/s/Dan Aaron Polster     July 10, 2008*
**Dan Aaron Polster**
**United States District Judge**