IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PETER LORA, VICTORIA BLOOM, et al | 1:07 CV 2787 |
| V. | JUDGE DAN AARON POLSTER |
| DEAN BOLAND | MOTION FOR RULING REGARDING STATUTORY PREEMPTION |

Defendant respectfully requests this court enter a ruling whether the 18 U.S.C. 2252 and 18 U.S.C. 2255, et. seq. do or do not preempt Ohio Revised Code Sections 2907.321, 2907.322 and 2907.323 for the reasons set forth in the attached brief.

/s/ Dean Boland
Dean Boland (0065693)
18123 Sloane Avenue
Lakewood, Ohio 44107
216.529.9371 phone
866.455.1267 fax
dean@deanboland.com

Motion Denied.  This case does not involve the state child pornography statute, and the Court will not give advisory opinions of a statute not a part of this case.  /s/Dan Aaron Polster  7/14/08

1