IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| | 1:07 CV 2787 |
| PETER LORA, Victoria Bloom, et al | JUDGE DAN AARON POLSTER |
| V. | MOTION FOR STAY |
| DEAN BOLAND | |

Now comes Defendant and respectfully requests this court issue a stay of all proceedings at the District Court level until the currently pending request for a writ of prohibition and writ of mandamus are resolved in the Sixth Circuit Court of Appeals.

Without a stay, Defendant must either risk indictment in Ohio in compliance with this court's order in Dkt. #41 or defy that order to avoid indictment and risk being imprisoned by this court courtesy of the U.S. Marshal's pending compliance. This court's currently pending orders must be complied with by no later than July 29, 2008 without a stay from this court.

/s/ Dean Boland
Dean Boland 0065693
18123 Sloane Avenue
Lakewood, Ohio 44107
216-529-9371 ph
866-455-1267 fax
dean@deanboland.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties by operation of the court's electronic filing system.

/s/ Dean Boland
Dean Boland 0065693