

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 17, 2008

Mr. Dean M. Boland
18123 Sloane Avenue
Lakewood, OH 44107-0000

1:07cv2787
DAP

Re: Case No. 08-3876, *In re: Dean Boland*
Originating Case No. : 07-02787

Dear Sir or Madam,

    The petition for writ of mandamus and prohibition has been docketed as case number **08-3876** with the caption listed above. If you have not already done so, you must mail a copy of the petition to the lower court judge and counsel for all the other parties.

    The filing fee for the petition is $450, which is payable to the Clerk, Sixth Circuit Court of Appeals. If you wish to seek a waiver of the filing fee, a motion for pauper status with a completed financial affidavit is due by . The financial affidavit is available at www.ca6.uscourts.gov.

                                 Sincerely yours,

                                   s/Jill Colyer
                                   Case Manager
                                   Direct Dial No. 513-564-7024
                                   Fax No. 513-564-7098

cc: Honorable Dan A. Polster
    Ms. Geri M. Smith