AO88 (Rev. 1/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

Northern DISTRICT OF Ohio

Jane Doe, et al.,

V.

Dean Boland

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 1: 07-CV-2787

TO: Tom Boeing, Exhibit Clerk, Court Reporter's Office
Hamilton County Court of Common Pleas
Hamilton County Courthouse, 1000 Main Street
Cincinnati, Ohio 45202

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

True and Acuurate copies of any images offered by the defense or tesitifed to by Dean Boland at trial or during any hearing in the Case of State v. Huffman, Case No. B-0401503

| PLACE | DATE AND TIME |
|---|---|
| Law Office of Jonathan E. Rosenbaum, 230 Thid Street, Suite 104, Elyria, Ohio<br>Your duty to appear will be releveed upon furnishing the images before 7-29-08 | 7/28/2008 9:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 7/17/2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Jonathan E. Rsoenbaum, 230 Third Street, Sutie 104 Elyira, Ohio 44035 440-322-7972
Attorney for Plaintiffs

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/0...)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

SERVED ON (PRINT NAME): Tom Boeing

MANNER OF SERVICE: Certified Mail

SERVED BY (PRINT NAME): Jonathan Rosenbaum

TITLE: Attorney

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 7/23/08

SIGNATURE OF SERVER

ADDRESS OF SERVER: 230 3rd St #104, Elyria, Ohio 44035

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

[Remainder of rule text partially obscured by return receipt card]

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Tom Boeing, Exhibit Clerk
   Court Reporter's Office
   Hamilton County Courthouse
   1000 Main Street
   Cincinnati, Ohio 45202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature — ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

   [Postmark: CINCINNATI, JUL 2 1 2008, 45203]

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 2680 0001 9462 1919

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).