# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, ET AL., | ) | CASE NO. 1:07cv2787 |
| Plaintiff(s), | ) | |
| vs. | ) | |
| | ) | JUDGE DAN A. POLSTER |
| DEAN BOLAND, | ) | |
| Defendant(s). | ) | |

**TAKE NOTICE** that the **9/22/08** STATUS CONFERENCE in the above-entitled case has been rescheduled for **\*2:00 p.m.,** in **Chambers 18B**, U.S. Courthouse, **801 W. Superior Ave., Cleveland,** Ohio, before the Honorable Dan Aaron Polster, United States District Judge.

\* Change of time only.

                     GERI M. SMITH
                     Clerk of Court

             By  */s/Robert T. Pitts 7/30/08*
                Robert T. Pitts
                Deputy Clerk
                (216) 357-7192