**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JANE DOE *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:07-cv-2787 |
| | | JUDGE DAN A. POLSTER |
| *Plaintiffs* | | **AMENDED NOTICE OF DEPOSITION DUCES TECUM** |
| vs. | | |
| DEAN BOLAND | | |
| *Defendant* | | |

NOW come the Plaintiffs and give notice that they will be taking the following deposition:

1. Witness: Dean Boland, Esq.
   18123 Sloane Avenue
   Lakewood, Ohio 44017
   dean@deanboland.com

   Place: Chambers of Judge Dan Polster
   Carl B. Stokes United States Court House
   801 West Superior Avenue
   Cleveland, Ohio 44113-1830

   Date: July 29, 2008

Time: 9:00 A.M.

**DUCES TECUM**: Dean Boland is commanded to bring with him and produce for inspection any and all documents requested to be produced and that were not previously produced in response to Plaintiffs' Discovery Requests including but not limited to:

1. The "article" you published in the Cleveland Bar Journal pursuant to Special Condition No. 3 of you diversion agreement Diversion agreement.

2. Produce a copy of the certification certifying that you have destroyed or surrendered to the government and any all images of Jane Doe or Jane Roe as required by Special condition No 4 of your Diversion Agreement.

3. Accurate copies of your personal and/or business IRS tax returns with all attachment for the last three years.

Since Dean Boland is a party to this action no subpoena will be issued to him. This deposition is taken pursuant to Rule 30 of the Federal Rules of Civil Procedure, and will be continued from day to day until completed and may be used as evidence in the trial of this matter.

Respectfully submitted,

/s/ Jonathan E. Rosenbaum
Jonathan E. Rosenbaum
(Ohio Bar Registration No. 0021698)
Attorney for Plaintiffs
230 Third Street, Suite 104
Elyria, Ohio 44035
(440) 322-7972
fax (440) 322-7972
Email: jerosenbaum@alltel.net

**Proof of Service**

A true and accurate copy this Notice of Deposition has been electronically served this 18th day of July, 2008 on the following:

Dean Boland, Esq.
18123 Sloane Avenue
Lakewood, Ohio 44017
dean@deanboland.com

            /s/ Jonathan E. Rosenbaum_____
            JONATHAN E. ROSENBAUM
            Supreme Court Reg. No. 0021698
            Attorney for Plaintiffs