**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JANE DOE, et al.,** | ) | Case No. 1:07 CV 2787 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **Judge Dan Aaron Polster** |
| vs. | ) | |
| | ) | |
| **DEAN BOLAND** | ) | **ORDER** |
| | ) | **and** |
| Defendant. | ) | **SHOW CAUSE ORDER** |

Before the Court is Plaintiffs' Motion to Compel Discovery (the "Motion") (**ECF No. 58**). The Motion seeks compliance with Request for Production No. 7, which seeks Boland's tax returns with all attachments for the last three years. The Motion further seeks compliance with the Court's July 11, 2008 Order (**ECF No. 42**), which directed Boland to supplement all of his previous responses to interrogatories based on a review of his hard drive now held by the Federal Bureau of Investigation ("FBI"). The Court held a teleconference with counsel on August 15, 2008, to address the issues raised in the Motion.

As a result of the teleconference, Boland is hereby **ORDERED** to produce accurate copies of his personal and/or business tax returns, including all attachments, for the last three (3) years.

Boland alleges that he has unsuccessfully attempted to make arrangements to review or examine his hard drive.[1] The Court **ORDERED** Boland to comply with the July 11, 2008 Order (namely, to review the contents of his hard drive and amend or supplement all of his discovery responses) by no later than August 29, 2008 or **SHOW CAUSE** why he should not be held in contempt.

Based on my rulings, the Motion (**ECF No. 58**) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

    */s/Dan Aaron Polster    August 15, 2008*
**Dan Aaron Polster**
**United States District Judge**

---

[1] Boland indicated that the contact for setting up a time for this to occur has not returned his phone calls and that the contact's assistant informed Boland that the contact will not return from vacation until August 21, 2008.