IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PETER LORA, et al | 1:07 CV 2787 |
| | |
| V. | JUDGE DAN AARON POLSTER |
| | |
| DEAN BOLAND | NOTICE OF COMPLIANCE |

The court issued an order (Dkt. #29) on directing Defendant to provide his personal and/or business tax returns for the past three years with all attachments. Defendant has sent to Plaintiff's counsel a copy of his 2005 and 2006 tax returns including all attachments.  Defendant's 2007 tax return has not yet been filed as an extension has been filed by his accountant requiring filing in October.  Defendant has informed Plaintiff of the status of his 2007 return and agreed to promptly provide a copy of the 2007 return and all attachments once they are prepared for filing in October.

Per the court's order, an appointment will be made with the FBI as soon as they are able to do so following Defendant's contact with FBI Agent Sullivan on August 21, 2008, the date he indicated he will be back in the office from vacation.

/s/ Dean Boland
Dean Boland 0065693
18123 Sloane Avenue
Lakewood, Ohio 44107
216-529-9371 ph
866-455-1267 fax
dean@deanboland.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be

served upon all parties by operation of the court's electronic filing system

/s/ Dean Boland
Dean Boland 0065693