# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | CASE NO. 1:07cv2787 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | JUDGE DAN A. POLSTER |
| DEAN BOLAND, | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

**TAKE NOTICE** that the STATUS CONFERENCE in the above-entitled case has been rescheduled for **1:00 p.m., Monday, November 17, 2008,** in **Chambers 18B**, U.S. Courthouse, **801 W. Superior Ave., Cleveland,** Ohio, before the Honorable Dan Aaron Polster, United States District Judge.

                                                                   GERI M. SMITH
                                                                    Clerk of Court

By    */s/Robert T. Pitts 9/19/08*
          Robert T. Pitts
          Deputy Clerk
          (216) 357-7192