IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| | 1:07 CV 2787 |
| PETER LORA, Victoria Bloom, et al | JUDGE DAN AARON POLSTER |
| V. | MOTION FOR EXTENSION OF DISCOVERY CUTOFF DATE |
| DEAN BOLAND | |

Now comes Defendant and respectfully requests this court issue an order extending the discovery cutoff in this matter for 60 days after the date upon which current counsel for plaintiff is able to participate as counsel in this matter or a substitute counsel files a notice of appearance on plaintiff's behalf. The current discovery cutoff date is October 1, 2008. Defendant has sent several pieces of correspondence to the office for plaintiff's counsel in the past six weeks seeking responses to discovery and the scheduling of deposition dates for plaintiffs. Understandably, plaintiff's counsel has not responded to any of those communications undoubtedly related to health issues arising from an accident which was the source of this court's *sua sponte* continuance of the most recent status conference to November 2008.

1

/s/ Dean Boland
Dean Boland 0065693
18123 Sloane Avenue
Lakewood, Ohio 44107
216-529-9371 ph
866-455-1267 fax
dean@deanboland.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties by operation of the court's electronic filing system.

/s/ Dean Boland
Dean Boland 0065693

2