UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, ET AL., | ) | |
| | ) | JUDGE DAN A. POLSTER |
| Plaintiff(s), | ) | |
| vs. | ) | CASE NO. 1:07cv2787 |
| DEAN BOLAND, | ) | |
| Defendant(s). | ) | **N O T I C E** |

TAKE NOTICE that the above-captioned case has been scheduled for a **TELEPHONIC STATUS CONFERENCE** on **Monday, November 24, 2008 at 9:00 a.m.** before the Honorable Dan Aaron Polster, United States District Judge. **ALL PARTIES AND COUNSEL are to call the Court's bridge line at 216-357-7088.**

                        GERI M. SMITH
                        Clerk of Court

By   */s/Robert T. Pitts 11/20/08*
       Robert T. Pitts
       Deputy Clerk
       (216) 357-7192