UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, et al., | ) | Case No. 1:07 CV 2787 |
| | ) | |
| Plaintiffs, | ) | Judge Dan Aaron Polster |
| | ) | |
| vs. | ) | **REVISED** |
| | ) | **CASE MANAGEMENT ORDER** |
| DEAN BOLAND, | ) | |
| | ) | |
| Defendant. | ) | |

The Court held a status conference with counsel of record on November 24, 2008. At that time, counsel agreed to the following revised case management schedule for completing discovery and establishing a schedule for briefing Plaintiffs' anticipated dispositive motion.

Plaintiffs' counsel made the following stipulation. The minor plaintiffs do not know about the pictures that are the subject of this case and have suffered no present psychological harm.

The deadline for Defendant to depose the two adult plaintiffs is January 30, 2009. The deadline for filing a summary judgment motion is February 27, 2009; an opposition brief is March 27, 2009; and a reply brief is April 10, 2009.

No further conference has been scheduled.

**IT IS SO ORDERED.**

                                                                  */s/Dan Aaron Polster     November 24, 2008*
                                                                  **Dan Aaron Polster**
                                                                  **United States District Judge**