IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE *et al.*, | ) | CASE NO. 1:07cv2787 |
| | ) | |
| | ) | JUDGE  DAN A. POLSTER |
| *Plaintiffs* | ) | **Motion to Extend Discovery Cutoff Date** |
| vs. | ) | |
| DEAN BOLAND | ) | |
| *Defendant* | ) | |

Now come the Plaintiffs who respectfully move this Court for and order extending the deadline for discovery in this matter an additional sixty days.  Plaintiffs' counsel was unexpectedly re-hospitalized on December 9, 2008 and underwent reconstructive surgery.  Plaintiffs' counsel is currently hospitalized and expected to be released on January 21, 2009.  For the reasons set forth above, Plaintiffs' counsel is respectfully seeking additional time to complete discovery in this matter.

Respectfully submitted,

/s/ *Jonathan E. Rosenbaum*
Jonathan E. Rosenbaum (Ohio Bar Reg. No. 021698)
Attorney for Plaintiffs

        230 Third Street, Suite 104
        Elyria, Ohio 44035
        (440) 322-7972
        fax (440) 322-7972
        Email: jerosenbaum@alltel.net

### **Proof of Service**

A true and accurate copy of the foregoing has been electronically served this 12th day of January, 2009 by the Court's electronic filing system

        /s/ Jonathan E. Rosenbaum_____
        JONATHAN E. ROSENBAUM
        Supreme Court Reg. No. 0021698
        Attorney for Plaintiffs