Motion Granted.  Discovery extended to 3/30/09.   The deadline for filing a Summary Judgment Motion is extended to 4/27/09, with the response due 5/27/09, and the reply due 6/9/09.
/s/Dan Aaron Polster  1/14/09.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JANE DOE *et al.*, | ) | CASE NO. 1:07cv2787 |
| | ) | |
| | ) | |
| | ) | |
| | ) | JUDGE  DAN A. POLSTER |
| | ) | |
| | ) | |
| *Plaintiffs* | ) | **Motion to Extend Discovery Cutoff Date** |
| | ) | |
| vs. | ) | |
| | ) | |
| DEAN BOLAND | ) | |
| | ) | |
| *Defendant* | ) | |

Now come the Plaintiffs who respectfully move this Court for and order extending the deadline for discovery in this matter an additional sixty days.  Plaintiffs' counsel was unexpectedly re-hospitalized on December 9, 2008 and underwent reconstructive surgery. Plaintiffs' counsel is currently hospitalized and expected to be released on January 21, 2009.  For the reasons set forth above, Plaintiffs' counsel is respectfully seeking additional time to complete discovery in this matter.

Respectfully submitted,

/s/ *Jonathan E. Rosenbaum*
Jonathan E. Rosenbaum (Ohio Bar Reg. No. 021698)
Attorney for Plaintiffs