IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| PETER LORA, et al | 1:07 CV 2787 |
|---|---|
| | JUDGE DAN AARON POLSTER |
| V. | |
| DEAN BOLAND | NOTICE OF DEPOSITION DUCES TECUM |

Now comes Dean Boland and gives notice that he will be taking the following deposition:

1. Witness, Victoria Bloom.

Place: Offices of Dean Boland
18123 Sloane Avenue
Lakewood, Ohio 44107
216-529-9371 phone
Date: Friday, March 6, 2009
Time: 1:00 P.M.

**DUCES TECUM**: Plaintiff Bloom is commanded to bring with her and produce for inspection the following:

1. All documents related to any claim on behalf of Lora or her minor ward whom is a plaintiff in this matter as to reputation damage resulting from defendant's alleged conduct.
2. All documents related to any claim on behalf of Lora or her minor ward whom is a plaintiff in this matter as to financial damage resulting from defendant's alleged conduct.
3. All documents related to any claim on behalf of Lora or her minor ward whom is a plaintiff in this matter as to psychological damage resulting from defendant's alleged conduct.
4. All documents related to any claim on behalf of Lora or her minor ward whom is a plaintiff in this matter as to physical damage resulting from defendant's alleged conduct.

Since Plaintiff is a party to this action, no subpoena will be issued. This

deposition is taken pursuant to Rule 30 of the Federal Rules of Civil Procedure, and will be continued from day to day until completed and may be used as evidence in the trial of this matter.

Respectfully submitted,

/s/ Dean Boland
Dean Boland, Esq.
18123 Sloane Avenue
Lakewood, Ohio 44017
dean@deanboland.com

## Proof of Service

A true and accurate copy this Notice of Deposition has been electronically served this 28th day of January, 2009 on all parties as a function of the electronic filing system:

<pre>                    /s/ Dean Boland_____
                    DEAN BOLAND
                    Supreme Court Reg. No. 0065693</pre>