IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PETER LORA, et al | 1:07 CV 2787 |
| | JUDGE DAN AARON POLSTER |
| V. | |
| DEAN BOLAND | JOINT STIPULATION |

The parties jointly stipulate to the following in order to avoid the deposition of either of the minor (age under 18) plaintiffs in this matter:

1. The minor plaintiffs have no knowledge at this point of being aggrieved in anyway, including, but not limited to psychologically, physically, financially or via damage to their reputation as a result of any conduct of defendant as alleged in the complaint.

2. This stipulation explicitly **does not** pertain to potential future harm the minor plaintiffs **may** suffer as a result of the conduct of defendant as alleged in the complaint.

/s/ Jonathan Rosenbaum
Jonathan Rosenbaum  (0021698)
230 Third Street, Suite 104
Elyria OH 44035
440.322.7972 phone
jerosenbau@alltel.net

/s/ Dean Boland
Dean Boland (0065693)
18123 Sloane Avenue
Lakewood, Ohio 44107
216.529.9371 phone
866.455.1267 fax
dean@deanboland.com

1

## CERTIFICATE OF SERVICE

    A copy of the foregoing has been served by operation of the court's electronic filing system.

                                             /s/ Dean Boland
                                             Dean Boland (0065693)