# Affidavit

County of Lorain

                SS:

State of Ohio

Now comes the undersigned, Jonathan E. Rosenbaum, who being duly sworn states as follows:

1. The following is a true and accurate record of my time spent in and expenses incurred in prosecuting Jane Doe, et al v. Boland, USDCt ND Ohio Case No. 1:07cv2787;

2. $200.00 per hour has been my usual and customary hourly rate for the past several years; and

3. $200.00 per hour is a reasonable fee for legal services in Lorain County, Ohio;

Further Affiant sayeth naught.

_____
Jonathan E. Rosenbaum, Attorney
Supreme Court Reg. No. 0021698

Sworn to and subscribed before me this 24th day of April, 2009.

_____
Jennifer L. Andress, Notary Public

JENNIFER ANDRESS
Notary Public
State of Ohio
My Commission Expires 3-27-13

Time and Expenses

Client: Bloom / Rate: $200.00

| Date | Activity/ Expense | Time/Amount |
|---|---|---|
| 9-1-06 | Background investigation re Boland | 0.75 |
| | Attempt FOIA | 1.25 |
| | Obtain and Read SW, Diversion Agreement | 2.0 |
| 9-9-07 | Res re Priv. and Cause of Action | 3.25 |
| 9-10-07 | Res and Draft complaint; | 7.0 |

| Date | Description | Hours |
|---|---|---|
| 9-11-07 | Research (computer and law library) and draft federal complaint | 2.5 |
| 9-13-07 | Prepare Summons, Case Desig. Form, File lawsuit | 1.5 |
| 10-21-07 | Download and read Comp. res re state of limitation; print out Motion to Dis And Exs; Res rules regarding time for reply | 3.25 |
| 10-24-07 | Computer and library research for Br In Opp | 3.75 |
| 10-25-07 | Draft Br in Opp | 8.0 |
| 10-26-07 | Edit and Proof Br in Opp; Res | 3.75 |
| 12-17-07 | Speak with Istock Atty | 0.25 |
| 12-19-07 | Prepare Initial Disc Disclosure; Speak with Deft | 1.5 |
| 12-21-07 | Receive Third Party Complaint and Ans w/ cc; Computer Res re dismissal | 1.25 |
| 12-23-07 | Complete initial disclosure and est. costs and fees | 4.0 |
| 12-26-07 | Speak to Deft re planning order; Work on Motion to Dismiss; Draft Planning Meeting Report | 8.0 |
| 12-27-07 | Finalize and serve Motion to Dismiss | 5.25 |
| 1-3-08 | Finalize and send Planning Meeting Report with letter | 0.50 |
| 3-3-08 | Meet with S/A Sullivan and review images 1/2 travel time | 1.75 |
| 3-4-08 | Work on Disc Req to Deft; Review Docs and filings | 5.0 |
| 3-5-08 | Finalize Disc Req; Not of Serv; File and Serve | 1.25 |
| 4-29-08 | Read Emails re Discovery Response from Deft; Draft and file Notice of Deemed Admissions and Exhibits | 2.25 |
| 4-30-08 | Draft and send R37 letter; issue and serve 23 subs | 6.5 |
| 5-2-08 | Read disc Response; Draft, Research, File Br in Opp to Mot to w/d Deemed Admissions | 3.25 |
| 5-5-08 | Draft and email proposed joint SC report; Remind Clients of SC | 1.0 |
| 5-12-08 | Attend SC; Meet with clients Travel 60 mi | 1.75 |
| 5-18-08 | Review Court rulings and entries after download; Email Correspondence with Judge Pike and Atty Clark; Letter to Portage County Pros office | 1.25 |
| 6-12-08 | Travel to Cleveland (1/2 time) meet with SA Sullivan; review discovery | 1.5 |
| 7-9-08 | Travel to Cleveland to meet with SA Sullivan to open disc | 1.5 |
| 7-10-08 | Travel to Cleve for Sc; Attend SC; Meet with Clients, Speak with SA Sullivan; Draft sub ltr to USA off and FBI; Draft Sub; mail | 3.25 |
| 7-17-08 | Draft Res to Motion to strike | 3.5 |
| 7-17-08 | Rework Motion to Strike Res and file, Create Affidavits; Call Hamilton County PO and Ok USAO; create and serve 2 subs | 6.0 |
| 7-23-08 | Travel to FBI to Prepare for Depo and surrender Summit County CD | 3.25 |
| 7-28-08 | Prepare for depo. | 6.25 |
| 7-29-08 | Attend Depo of Deft | 5.5 |
| 8-13-08 | Draft serve and file Mot to Compel | 1.0 |
| 8-20-08 | Email Correspondence with Deft; res and prepare Aff Affecting Real Estate | 1.25 |
| 8-21-08 | Travel to Cleveland and File aff affecting Real Estate | 1.75 |
| | Attend and prepare for Depos of adult Plaintiffs | 2.0 |

| Date | Description | Hours |
|---|---|---|
| 4-21-09 | Draft Mot for SJ | 1.75 |
| 4-22-09 | Draft Mot for SJ | 4.0 |
| 4-23-09 | Finalize Mot for SJ | 3.5 |
| | | 127.75 |

127.75 hrs. x $200.00/hr = $25,550.00

Payments and Expenses

| Date | Description | Amount |
|---|---|---|
| 3-17-06 | Travel to USA Office 60 mi plus $5.00 parking | |
| 9-13-07 | Filing Fee | $350.00 |
| 1-11-08 | 60mi and parking | $7.00 |
| 3-3-08 | 30mi (1/2) travel | |
| 5-1-08 | CM for Subs | $119.83 |
| 5-12-08 | Parking $6.00    60mi | |
| 6-12-08 | 30 mi | |
| 7-9-08 | 60 mi | |
| 7-10-08 | 60 mi and $6.00 parking | |
| 7-18-08 | CM to Boeing and Tulsa | $10.98 |
| 7-23-08 | 60 mi | |
| 7-29-08 | 60mi and $6.00 parking | |
| 8-15-08 | M&H | $272.00 |
| 8-21-08 | Recording Fee $60.00, parking $2.25, 60 mi | |

540.0 mi x $0.45 =    $243.00

Expenses:    $838.86