IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:07cv2787 <br><br> JUDGE DAN A. POLSTER <br><br> **Plaintiffs' Notice of Additional Authority/Evidence in Support of their Motion for Partial Summary Judgment and In Opposition to Defendant's Motion for Summary Judgment Memorandum** |
| *Plaintiffs* | | |
| vs. | | |
| DEAN BOLAND | | |
| *Defendant* | | |

    Now come the Plaintiffs who give notice of the following authority/evidence in support of their Motion for Summary Judgment and in opposition to Defendant's Motion for Summary Judgment. Plaintiffs respectfully state that the Defendant has publically conceded and admitted on his website[1] that victims of child pornography are entitled to compensation whether or not

---

[1] Copy attached as Ex. 1

they are aware of the existence of the image and that mere possession of such an image will result in liability.

                                                Respectfully submitted,

                                                /s/ *Jonathan E. Rosenbaum*
Jonathan E. Rosenbaum (Ohio Bar Reg. No. (021698)
Attorney for Plaintiffs
230 Third Street, Suite 104
Elyria, Ohio 44035
(440) 322-7972
Fax (440) 322-7972
Email: sjerosenbaum@windtream.net

## Proof of Service

A true and accurate copy of the foregoing and the attached memorandum have been electronically served this 3rd day of June, 2009 by the Court's electronic filing system

                                                /s/ Jonathan E. Rosenbaum
JONATHAN E. ROSENBAUM
Supreme Court Reg. No. 0021698
Attorney for Plaintiffs