

Admitted in federal and state courts nationwide

1.866.922.9371 Toll Free
1.216.529.9371 in Ohio
1.866.455.1267 fax
info@bolandlegal.com

**Your Rights as a Victim of a Child Pornography Offense**

The law entitles victims of child pornography crimes to compensation. Those rights include compensation for person's possession of images created by others. Whether a victim is aware of that possession of the image or not, they are entitled to compensation. Under certain circumstances, that compensation can equal $150,000 per incident. For example, if a person is found to be in possession of two images involving the same victim, the compensation due that victim would be $300,000. This area of law is a cutting edge area. Lawyers with years of experience are still not necessarily in possession of the knowledge and experience to appropriately handle your claim.

Our firm is experienced in these types of cases nationwide and stands ready to assist our clients in bringing their claims to get the just compensation they deserve. Finally, the law brings justice to victims of these horrible crimes.

where law and technology converge

DEAN BOLAND | FAMILY LAW | YOUR RIGHTS | SEMINARS | BLOG | EXPERTS

SEARCH