

Admitted in federal and state courts nationwide

1.866.922.9371 Toll Free
1.216.529.9371 in Ohio
1.866.455.1267 fax
info@bolandlegal.com

**Your Rights as a Victim of a Child Pornography Offense**

The law entitles victims of child pornography crimes to compensation. Those rights include compensation for person's possession of images created by others who do so without any permission under the law or exception in a state or federal statute. Whether a victim is aware of that possession of the image or not, they are entitled to compensation for conduct that violates the law and for which there is no exception under the law. Once the victim becomes aware of the existence of an image on a suspect's computer, they may be entitled to damages provided no exception, court ruling or other authority provides an exception for that person's possession. As you can see, success in these cases depends on a sophisticated understanding of intricate technology and legal issues in this area. Under certain circumstances, that compensation can equal $150,000 per incident. For example, if a person is found to be in possession of two images involving the photographing of the sexual abuse of a minor, and no legal exception applies to that possession, the compensation due that victim would be $300,000. This area of law is a cutting edge area. Lawyers with years of experience are still not necessarily in possession of the knowledge and experience to appropriately handle your claim.

Our firm is experienced in these types of cases nationwide and stands ready to assist our clients in bringing their claims to get the just compensation they deserve. Finally, the law brings justice to victims of these horrible crimes.

where law and technology converge

DEAN BOLAND   FAMILY LAW   YOUR RIGHTS   SEMINARS   BLOG   EXPERTS

SEARCH

EXHIBIT 1