IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
|  | 1:07 CV 2787 |
| PETER LORA, Victoria Bloom, et al | JUDGE DAN AARON POLSTER |
| V. | NOTICE OF FILING OF COPY OF ORDER |
| DEAN BOLAND |  |

At the court's request, the attached copy of the April 12, 2004 order from the federal district court in the Northern District of Oklahoma, interpreted and explained in the transcript previously provided to this court as an exhibit 2 to Dkt. #77, is attached as Exhibit A to this notice.

/s/ Dean Boland
Dean Boland 0065693
18123 Sloane Avenue
Lakewood, Ohio 44107
216-529-9371 ph
866-455-1267 fax
dean@deanboland.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties by operation of the court's electronic filing system.

/s/ Dean Boland
Dean Boland 0065693