# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| JANE DOE *et al.*, | ) <br> ) <br> ) <br> ) CASE NO. 1:07cv2787 <br> ) <br> ) <br> ) <br> ) JUDGE DAN A. POLSTER <br> ) <br> ) |
| *Plaintiffs* | ) **NOTICE OF APPEAL** <br> ) <br> ) <br> ) |
| vs. | ) <br> ) |
| DEAN BOLAND | ) <br> ) |
| *Defendant* | ) |

Now come the Plaintiffs and give notice that they are appealing from the judgment (ECF No. 85) of the district court rendered on September 1, 2009.

                                              Respectfully submitted,

                                              /s/ Jonathan E. Rosenbaum
                                              Jonathan E. Rosenbaum (Ohio Bar Reg. No. (021698)
                                              Attorney for Plaintiffs
                                              230 Third Street, Suite 104
                                              Elyria, Ohio 44035
                                              (440) 322-7972
                                              fax (440) 322-7972
                                              Email: jerosenbaum@alltel.net

## Proof of Service

A true and accurate copy of the foregoing has served by the courts electronic service system14th  day of September, 2009 upon the following:

Dean Boland, Esq.
18123 Sloane Avenue
Lakewood, Ohio 44017
dean@deanboland.com

                                            /s/ Jonathan E. Rosenbaum_____
                                            JONATHAN E. ROSENBAUM
                                            Supreme Court Reg. No. 0021698
                                            Attorney for Plaintiffs