TRANSMISSION FORM

| | |
|---|---|
| District Court | District Court No. 1:07cv2787 |
| NORTHERN OHIO, EASTERN DIVISION, Cleveland | USCA No. **09-4281** |

CAPTION

CURRENT COUNSEL FOR PLAINTIFF
NAME: Jonathan E. Rosenbaum
FIRM NAME:
ADDRESS: Suite 104
230 Third Street
Elyria, OH. 44035
TELEPHONE: 440-322-7972

VICTORIA BLOOM

PLAINTIFF - __APPELLANT__

v.

DEAN BOLAND, et al..

DEFENDANT - __Appellees__

CURRENT COUNSEL FOR DEFENDANT
NAME: Dean M. Boland
FIRM NAME:
ADDRESS: 18123 Sloane Avenue
Lakewood, OH. 44107
TELEPHONE: 216-529-9371

If Habeas Corpus, Certificate of Appealability is: ( ) granted ( ) denied ( ) pending

Criminal Defendant: ( ) on bond ( ) incarcerated ( ) on probation

Fees: District Court & USCA Fee Paid: (X) yes ( ) no ( ) not required
Pauper Status: ( ) granted ( ) denied ( ) pending
Affidavit of Financial Status Filed: ( ) yes ( ) no

Counsel: ( ) appointed (X) retained ( ) pro se

District Court Judge: __Polster__   Court Reporter: __NONE__

Any hearing or trial (X) yes ( ) no   If yes, dates __5/12/08 and 7/10/08.__

FROM __Shawn Harrigan__   DATE __SEPTEMBER 16, 2009__

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____ and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, **2009**. Clerk, GERI M. SMITH, U.S. District Court