UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 09-4281

FILED
Jan 19, 2011
LEONARD GREEN, Clerk

JANE DOE, c/o her guardian and next friend; PETER LORA;
JANE ROE, c/o her guardian and next friend; VICTORIA BLOOM,

    Plaintiffs - Appellants,

v.

DEAN BOLAND,

    Defendant - Appellee.

Before: SUTTON and GRIFFIN, Circuit Judges; BERTELSMAN, District Judge.

# JUDGMENT

On Appeal from the United States District Court
for the Northern District of Ohio at Cleveland.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is REVERSED and the case is REMANDED for further proceedings consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

Leonard Green, Clerk

Case: 0:709-402787-DAP Doc #: 090-1084736501710/11/0111/15/201PageID #: 1490