# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

No: 09-4281

Filed: February 10, 2011

JANE DOE, c/o her guardian and next friend;
PETER LORA;
JANE ROE, c/o her guardian and next friend;
VICTORIA BLOOM,

    Plaintiffs - Appellants

v.

DEAN BOLAND,

    Defendant - Appellee

1:07cv2787
OAP

## MANDATE

Pursuant to the court's disposition that was filed 01/19/2011 the mandate for this case hereby issues today. *Reverse & Remanded*

COSTS: None