## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| JANE DOE, *et al.,* | ) ) ) ) | CASE NO.1: 07 CV 2787 |
|  | ) ) ) | JUDGE Daniel A. Polster |
|  | ) ) | |
| *Plaintiffs* | ) | **Consent to Enlargement of Time** |
|  | ) ) ) ) | |
| vs. | ) ) | |
| DEAN BOLAND | ) ) | |
|  | ) ) | |
| *Defendant* | ) | |

Now come the plaintiffs and consent to this court granting the United States until August
30, 2011 if the United States has not already been granted until August 30, 2011 to file its brief.

Respectfully submitted,

/s/ Jonathan E. Rosenbaum
JONATHAN E. ROSENBAUM
Supreme Court Reg. No. 0021698
Attorney for Plaintiffs
230 Third Street, Suite 104
Elyria, Ohio 44035
(440) 322-7972
fax (440) 322-7972
Email: jerosenbaum@windstream.net

## Proof of Service

A true and accurate copy of the foregoing has been electronically served this 19th day of

August, 2011 by the Court's electronic filing system.

/s/ Jonathan E. Rosenbaum
JONATHAN E. ROSENBAUM
Supreme Court Reg. No. 0021698
Attorney for Plaintiffs