IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PETER LORA, et al | 1:07 CV 2787 |
| | JUDGE DAN AARON POLSTER |
| V. | |
| DEAN BOLAND | NOTICE OF REFERENCE TO INCORRECT STATUTE |

Dean Boland respectfully notifies the court of a word processing error contained in document R. 98, his initial brief on the four legal issues the court directed the parties to address. Starting on page 7 of that brief, it incorrectly references "18 U.S.C. 2252(A)(c)" as the definitions section of the federal child pornography statute. The correct citation to the definitions section of the federal child pornography statute is 18 U.S.C. 2256(8) which includes the three definitions at subsections (a), (b) and (c).

/s/ Dean Boland

Dean Boland 0065693
18123 Sloane Avenue
Lakewood, Ohio 44107
216-529-9371 ph
866-455-1267 fax
dean@deanboland.com

<u>Proof of Service</u>

A copy of the foregoing will be served on all parties this 5th of October 2011 by operation of the court's electronic filing system.


/s/Dean Boland
Dean Boland