## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **PETER LORA, et al.,** ) | Case No.  1:07 CV 2787 |
| ) | |
| **Plaintiffs,** ) | **Judge Dan Aaron Polster** |
| ) | |
| vs. ) | **JUDGMENT ENTRY** |
| ) | |
| **DEAN BOLAND,** ) | |
| ) | |
| **Defendant.** ) | |

For the reasons stated in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED, ADJUDGED AND DECREED** that the above-captioned case is hereby terminated and dismissed as final.

 */s/ Dan A. Polster     October 20, 2011*
**Dan Aaron Polster**
**United States District Judge**