# United States District Court
## Northern District of Ohio

## Certificate of Judgment Lien Upon Lands and Tenements
§ 2329.02 Ohio Revised Code

Jane Roe, et al.

Civil Case No: 1: 07cv2787

**Plaintiff**

Judge: Dan Polster

vs.

Dean Boland

**Defendant**

I, Geri M. Smith, Clerk of the United States District Court for the Northern District of Ohio, do hereby certify that on 10/20/2011 there was entered in the record, in this Court, Eastern Division, at Cleveland, Ohio, in the above-entitled action judgment in favor of Jane Roe and Jane Doe

and against Dean Boland

in the amount of :
$300,000.00

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of this Court at Cleveland, Ohio, this 26th day of Ocotober, 2011.

GERI M. SMITH, U. S. District Court

By: _____
    Deputy Clerk