# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| JANE DOE *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:07cv2787 |
|  |  | JUDGE DAN A. POLSTER |
| *Plaintiffs* |  | **Notice of Service of Plaintiff's Post Judgemtn Set of Interrogatories and Requests for Production** |
| vs. |  |  |
| DEAN BOLAND |  |  |
| *Defendant* |  |  |

Now come the Plaintiffs and give notice that they have served their Post Judgment Set of Interrogatories and, Requests for Production, pursuant to F. R. C. P. 69 along with a copy of this notice on the Defendant electronically by email and by ordinary mail this 27th day of October, 2011 upon the following:

Dean Boland, Esq.
18123 Sloane Avenue
Lakewood, Ohio 44017
dean@deanboland.com
info@bolandlegal.com

Respectfully submitted,

*/s/ Jonathan E. Rosenbaum*
Jonathan E. Rosenbaum (Ohio Bar Reg. No. (021698)
Attorney for Plaintiffs
230 Third Street, Suite 104
Elyria, Ohio 44035
(440) 322-7972
fax (440) 322-7972
Email: jerosenbaum@windstream.net