IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PETER LORA, VICTORIA BLOOM, et al.<br><br>PLAINTIFFS<br><br>vs.<br><br>DEAN BOLAND<br><br>DEFENDANT | CASE NO. 1:07CV2787<br><br>JUDGE DAN A. POLSTER<br><br>NOTICE OF APPEAL |

Now comes Defendant and gives his notice that he is appealing from the Memorandum of Opinion and Order (R. 116) and Judgment Entry (r. 117) of the District Court rendered on October 20, 2011.

Respectfully submitted,

/s/Dean Boland

Dean Boland (0065693)
18123 Sloane Avenue
Lakewood, Ohio 44107
216.236.8080 phone
866.455.1267 fax
dean@bolandlegal.com

CERTIFICATE OF SERVICE

A copy of the foregoing was served on all parties to this matter by operation of the court's electronic case filing system this 28th day of October, 2011.


/s/Dean Boland_____
Dean Boland (0065693)