TRANSMISSION FORM

| District Court | District Court No. 1:07cv2787 |
| --- | --- |
| NORTHERN OHIO, EASTERN DIVISION, Cleveland | USCA No. **11-4237** |

CAPTION

CURRENT COUNSEL FOR PLAINTIFF
NAME: Jonathan E. Rosenbaum
FIRM NAME:
ADDRESS: Suite 104
230 Third Street
Elyria, OH. 44035
TELEPHONE: 440-322-7972

JANE DOE, et al..

PLAINTIFF - __Appellees__

v.

DEAN BOLAND

DEFENDANT - __APPELLANT__

CURRENT COUNSEL FOR DEFENDANT
NAME: Dean M. Boland
FIRM NAME:
ADDRESS: 18123 Sloane Avenue
Lakewood, OH. 44107
TELEPHONE: 216-236-8080

If Habeas Corpus, Certificate of Appealability is: ( ) granted   ( ) denied   ( ) pending

Criminal Defendant: ( ) on bond   ( ) incarcerated   ( ) on probation

Fees:  District Court & USCA Fee Paid:   (X) yes   ( ) no   ( ) not required
       Pauper Status:   ( ) granted   ( ) denied   ( ) pending
       Affidavit of Financial Status Filed:   ( ) yes   ( ) no

Counsel:   ( ) appointed   (X) retained   ( ) pro se

District Court Judge: __Polster__       Court Reporter: __NONE__

Any hearing or trial   (X) yes   ( ) no       If yes, dates __7/10/08; 2/17/11 and 4/29/11.__

FROM __Shawn Harrigan__       DATE __NOVEMBER 1, 2011__

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____ and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, **2011**. Clerk, GERI M. SMITH, U.S. District Court