TRANSMISSION FORM

| | |
|---|---|
| District Court<br>NORTHERN OHIO, EASTERN DIVISION, Cleveland | District Court No. __1:07cv2787__<br>USCA No. __11-4279__ |

CAPTION

1) JANE DOE, et al..

     PLAINTIFF - __APPELLANTS__

    v.

DEAN BOLAND, et al.

     DEFENDANT - __Appellees__

CURRENT COUNSEL FOR PLAINTIFF
NAME: Jonathan E. Rosenbaum
FIRM NAME:
ADDRESS: Suite 104
          230 Third Street
          Elyria, OH. 44035
TELEPHONE: 440-322-7972

CURRENT COUNSEL FOR DEFENDANT
NAME: Dean M. Boland
FIRM NAME:
ADDRESS: 18123 Sloane Avenue
          Lakewood, OH. 44107
TELEPHONE: 216-236-8080

If Habeas Corpus, Certificate of Appealability is: ( ) granted ( ) denied ( ) pending

Criminal Defendant: ( ) on bond ( ) incarcerated ( ) on probation

Fees: District Court & USCA Fee Paid: (X) yes ( ) no ( ) not required
      Pauper Status: ( ) granted ( ) denied ( ) pending
      Affidavit of Financial Status Filed: ( ) yes ( ) no

Counsel: ( ) appointed (X) retained ( ) pro se

District Court Judge: __Polster__    Court Reporter: __NONE__

Any hearing or trial (X) yes ( ) no    If yes, dates __7/10/08; 2/17/11 and 4/29/11.__

FROM __Shawn Harrigan__    DATE __NOVEMBER 14, 2011__

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____ and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, **2011**. Clerk, GERI M. SMITH, U.S. District Court