Print

# DOCKET INFORMATION

**Case Number:** JL-11-472146
**Case Title:** JANE ROE AND JANE DOE vs. DEAN BOLAND
**Image Viewer:** AlternaTIFF

## DOCKET INFORMATION

| Date | Side | Type | Description | Image |
|---|---|---|---|---|
| 11/23/2011 | GR1 | SR | CERTIFIED MAIL RECEIPT NO. 18459648 RETURNED BY U.S. MAIL DEPARTMENT 11/22/2011 TIMOTHY S. KEEN, DIRECTOR OF BUDGET AND MANAGEMENT, STATE OF OHIO MAIL RECEIVED AT ADDRESS 11/18/2011 SIGNED BY OTHER. | |
| 11/21/2011 | C1 | GP | ==GARNISHMENT FILED OTHER THAN (VICKI HARRISON, ADM)== | |
| 11/21/2011 | C1 | SF | DEPOSIT AMOUNT PAID JONATHAN E ROSENBAUM | |
| 11/21/2011 | C1 | GP | GARNISHMENT FILED OTHER THAN (DEAN BOLAND, TRUSTEE) | |
| 11/21/2011 | C1 | SF | DEPOSIT AMOUNT PAID JONATHAN E ROSENBAUM | |
| 11/16/2011 | GR1 | SR | GARNISHMENT NOTICE(18459648) SENT BY CERTIFIED MAIL. TO: TIMOTHY S. KEEN, DIRECTOR OF BUDGET AND MANAGEMENT, STATE OF OHIO 30 EAST BROAD STREET 34TH FLOOR COLUMBUS, OH 43215-0000 | |
| 11/16/2011 | C1 | GP | AFFIDAVIT, ORDER AND NOTICE OF GARNISHMENT FILED. HEARING SET FOR DECEMBER 2, 2011 AT 9:30 A.M. IN COURT ROOM 15-B. NOTICE SENT. | |
| 11/14/2011 | C1 | GP | GARNISHMENT FILED OTHER THAN (STATE OF OHIO) | |
| 11/14/2011 | C1 | SF | DEPOSIT AMOUNT PAID JONATHAN E ROSENBAUM | |
| 10/31/2011 | N/A | JL | JUDGMENT AMT: $300,000.00 RENDERED BY: U S DISTRICT COURT ORIGINATING CASE NO.: 1: 07CV2787 JUDGMENT LIEN CASE#: JL11472146 CREDITOR: JANE ROE AND JANE DOE DEBTOR: DEAN BOLAND INTEREST AT: 4% INTEREST FROM DATE: 10/20/2011 COSTS: JUDGMENT DATE: 10/20/2011 DOCKET (JOURNAL): PAGE: TIME FILED: 10/31/2011 13:44:22 LIEN COST: 20 PAID BY: JONATHAN E ROSENBAUM SERIAL NUMBER: ACCOUNT NUMBER: | |
| 10/31/2011 | C1 | SF | CLERK'S FEE | |
| 10/31/2011 | C1 | SF | DEPOSIT AMOUNT PAID JONATHAN E ROSENBAUM | |
| 10/31/2011 | N/A | SF | JUDGEMENT LIEN CASE FILED | |

© PROWARE 1997-2011

EXHIBIT A