IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PETER LORA, et al | 1:07 CV 2787 |
| | JUDGE DAN AARON POLSTER |
| V. | |
| DEAN BOLAND | DECLARATION IN SUPPORT OF MOTION FOR STAY OF EXECUTION WITHOUT POSTING OF BOND |

DECLARANT, submits this declaration and hereby declares under penalty of perjury and pursuant to 28 U.S.C. 1746 and under the laws of the United States that the following is true and correct:

1. I make this declaration upon personal knowledge.

2. I am the Defendant in the above captioned case.

3. I am licensed to practice law in the State of Ohio and no other state.

4. I was born in Lakewood, Ohio and have resided in Lakewood, Ohio my entire life, except for a four month stay in Alabama while in basic and advanced individual training for the Army National Guard as a military police officer.

5. I have spent my entire working life in the Cleveland area, including work after law school for private companies, government and in private practice.

6. I own property in Ohio and only in the state of Ohio, in fact, in the city of Lakewood exclusively.

7. I have joint custody of two minor children from my recently concluded divorce whom both attend public schools in Lakewood and have their entire lives.

8. My youngest child is 10 years of age and has been enrolled in public school in Lakewood her entire life while both her mother and I live in Lakewood.

9. My youngest child will not graduate high school for eight more years and neither her mother nor I have any plans to abandon our custody rights and move out of Ohio before that date.

10. My mother and siblings reside in the Cleveland area as well.

11. I am currently a columnist for the Cleveland Metropolitan Bar Journal and have recently taught and historically taught multiple CLE programs per year throughout Ohio.

12. My former wife is also employed here in the Cleveland area and has all her family and friends here as well.

I hereby and hereby declare under penalty of perjury and pursuant to 28 U.S.C. 1746 and under the laws of the United States that the following is true and correct:

DATED: November 29, 2011.

/s/ Dean Boland
Declarant