QUIT CLAIM DEED

CUYAHOGA COUNTY RECORDER
PATRICK J. OMALLEY - 2
DEQC 07/26/2006 11:02:29 AM
**200607260280**

KNOW ALL MEN BY THESE PRESENTS:

That Dean M. Boland, the Grantor *MARRIED* who claims title by or through instrument, recorded in Volume 97-12114 Page 50, of Cuyahoga County, for valuable consideration paid, grants to Lisa A. Boland, individually, whose tax mailing address is 2070 Brown Road, Lakewood, Ohio, 44107, all of his right, title and interest, and herby releases any past, present or future dower interest with respect to the following described real property:

Situated in the City of Lakewood, County of Cuyahoga and State of Ohio and known as being Sublot No. 18 in the S.H. Kleinman Realty Company's Madison Terrace Subdivision, of part of Original Rockport Township Section No. 19, as shown by the recorded plat in Volume 68 of Maps, Page 33 of Cuyahoga County Records and being 40 feet front on the Westerly side of Brown Road and extending back of equal width 115 feet, as appears by said plat, be the same more or less but subject to all legal highways.

Permanent Parcel No.: 314-22-027

Witness my hand this 24TH day of July, 2006.

*Dean Boland*
Dean M. Boland

HUBERT KLAIBER P.E., P.S.
Legal Description complies with
Cuyahoga County Conveyance
Standards and is approved for
transfer:

JUL 26 2006

Agent

STATE OF OHIO        )
                     )
COUNTY OF CUYAHOGA   )

BE IT REMEMBERED, that on the 24TH day of July, 2006, before me, the subscriber, a notary public in and for said county, personally came Dean M. Boland the Grantor in the foregoing Deed, who acknowledged that he did execute the foregoing instrument, and that the same is his free act and deed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my notarial seal on the day and year last aforesaid.

*Thomas R. Pahys*
Notary Public

THOMAS R. PAHYS, Attorney at Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date.
Section 147.03 R.C.

PREPARED BY
DEAN BOLAND, ATTY
18123 LORAIN
LAKEWOOD, OH
44107

Permanent Parcel #: 31422027

Type Instrument: Quit Claim Deed Ex
Tax District #: 3190
Grantor: Boland, Dean M.
Grantee: Boland, Lisa A.
Balance Assumed: $ 0.00
Total Consideration: $ 0.00
Conv. Fee Paid: $ 0.00
Transfer Fee Paid: $ 0.50
Fee Paid by: CASH
Exempt Code:

Date: 7/28/2006 11:03:00 AM
Tax List Year: 2006
Land Use Code: 5100
Land Value: 23,800
Building Value: 82,700
Total Value: 106,500
Arms Length Sale: NO
Rcpt: J-07262006-5
Inst #: 235684
Check #:

*Frank Russo*
CUYAHOGA COUNTY AUDITOR