# Clerk of Cuyahoga County Common Pleas Court

## Affidavit and Order and Notice of Garnishment of Property Other Than Personal Earnings and Answer of Garnishee

The State of Ohio  
Cuyahoga County ss.

Cuyahoga County Common Pleas Court  
1200 Ontario Street, First Floor  
Cleveland, Ohio 44113  
216-443-7950

### Case Number: JL-11-472146

Judgment Creditor:  Jane Roe, et al.,  
VS.  
Judgment Debtor:  Dean Boland, 18123 Sloane Avenue, Lakewood, Ohio 44107

Before me, the undersigned Deputy Clerk of the Cuyahoga county Common Pleas Court, personally appeared Jonathan E. Rosenbaum who being first duly sworn according to law, says that they are the Judgment Creditor or Attorney for the Judgment Creditor herein and that said judgment creditor heretofore, to-wit on October 20, 2011 duly recovered judgment in the US Dist Court for the Northern district of Ohio against said judgment debtor, Dean Boland which remains unsatisfied.

| | |
|---|---|
| Amount of Judgment: | $300,000.00 |
| Interest to Date: | $0.00 |
| Current Court Costs: | $0.00 |
| Amount Paid: | $0.00 |
| Probable Amount Now Due: | $300,000.00 |

The affiant has good reason to believe and does believe that Vicki Harrison, Adm, Garnishee, has property other than personal earnings, of the judgment debtor and that is not exempt under the laws of the State of Ohio or the laws of the United States.

The property described as follows: Money owed to Dean Boland for attorneys' fees in Court of Claims Case No. 2010-06010-WI

Signed in Elyria, Ohio on: _____ –_____  
                           Date         Jonathan E. Rosenbaum (0021698), Atty. at Law, 230 Third Street, #104, Elyria,  
                                          Ohio 44035, 440-322-7972      Affiant Signature

Sworn and subscribed before me on: _____-- _____  
                                       Date          Notary Public or Deputy Clerk

**Section A: Court Order and Notice of Garnishment**

**To:  Vicki Harrison, Adm., 402 Defiance Street, Wapakoneta, Ohio 45895, Garnishee**  
The judgment creditor in the above case has filed the above affidavit, satisfactory to the undersigned, in the Cleveland Municipal Court stating that you may have money, property or credits, other that personal earnings, under your control that belong to the judgment debtor in the case.

You are therefore ordered to complete Section B of the form and return the completed original of this form, together with any amount shown due on it, by check or money order made payable to: **Cuyahoga County Common Pleas Courts** and mail them to 1200 Ontario Street, First Floor Cashiers, Cleveland, Ohio 44113 **no later than five business days from date of receipt.**

You also are ordered to hold safely anything of value that belongs to the indicated judgment debtor that has to be paid to the Court, as determined under Section B of the form, but that is of such a nature that it cannot be so delivered, until further order of the Court.

Witness my hand on: _____        _____  
                         Date                                   Judge/Magistrate Cuyahoga County Common Pleas court

Section B: Answer of Garnishee

Now comes _____ , the Garnishee who says:

1. That the Garnishee has more than $425 in money, property or credits, other that personal earnings of the indicated judgment debtor under their control and in their possession

YES _____ NO_____ If YES, amount over $425.00 _____.

2. Said property is described as: _____.

3. If the answer to line 1 is "YES" and the Amount is less that the probable amount now due on the judgment, including interest and costs, as indicated in Section A of this form, sign and return this form and pay the of line 1 to the Clerk of this Court.

4. If the answer to line 1 is "YES" and amount is greater that that probable amount now due, sign and return this form and pay that probable amount now due form Section A, to the Clerk of this Court.

5. If the answer to line 1 is "YES" but the money, property or credits are of such a nature that they cannot be delivered to the Clerk of this Court. Indicate that by placing an "X" in the box provided. Do not dispose of that money, property or credits or give them to anyone else until further order of the Court.

_____YES

6. If the answer to line 1 is "NO", sign and return this form to the Clerk of this Court.

I certify that the statements above are true.

Print the name of the Garnishee:_____

Print the name and title of person who completed form: Name: _____

Title: _____

Signed: _____Date: _____

**Return of the Sheriff (For court use only)**

I certify this to be a true copy of the original order with all endorsements thereon.
Fee $ _____ By: _____Deputy Clerk of courts
                     Clerk of Courts
Pursuant to the within command, I served the within notice upon within named Garnishee by leaving three true and certified copied thereof, with all endorsements thereon, at the office and usual place of business of said company at _____AM/PM on date of: _____with _____in charge thereof. The president or other chief officer not found in my bailiwick.

And on the same day I served the within named judgment debtor_____ by depositing in the United States Mail, enclosed in sealed envelope, bearing sufficient postage, a true and certified copy thereof with all endorsements thereon, two copies of the notice to the judgment debtor and hearing request card, addressed to the judgment debtor at the address given herein.

Fee Paid $_____