United States District Court
Northern District of Ohio

Certificate of Judgment Lien Upon Lands and Tenements
§ 2329.02 Ohio Revised Code

2011 OCT 31 P 12:43

GERALD E. FUERST
CLERK OF COURTS
CUYAHOGA COUNTY

Jane Roe, et al.

Plaintiff

vs.

Dean Boland

Defendant

Civil Case No: 1: 07cv2787

Judge: Dan Polster

I, Geri M. Smith, Clerk of the United States District Court for the Northern District of Ohio, do hereby certify that on 10/20/2011 there was entered in the record, in this Court, Eastern Division, at Cleveland, Ohio, in the above-entitled action judgment in favor of Jane Roe and Jane Doe and against Dean Boland

in the amount of :
$300,000.00

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of this Court at Cleveland, Ohio, this 26th day of Ocotober, 2011.

GERI M. SMITH, U. S. District Court

By:  s/Barbara L. Birr

Deputy Clerk

PROCESSED
NOV 08 2011
GERALD E. FUERST
IMAGING DEPARTMENT

JL11472146      70985898