UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **PETER LORA, et al.,** | ) Case No. 1:07 CV 2787 |
| Plaintiffs, | ) Judge Dan Aaron Polster |
| vs. | ) **MEMORANDUM OF OPINION** |
| **DEAN BOLAND,** | ) **AND ORDER** |
| Defendant. | ) |

It has come to the Court's attention that the basis of Plaintiffs' cross-appeal (Doc. # 127) is that the Court did not award attorney's fees and costs to Plaintiffs. The Court never denied attorney's fees and costs; in fact, the Court never ruled on the request for attorney's fees and costs. Instead, the Court had assumed Plaintiffs would file a motion pursuant to Rule 54(d) of the Federal Rules of Civil Procedure after the entry of judgment on October 20, 2011.

Accordingly, if Plaintiffs are seeking attorney's fees and costs, the Court Orders Plaintiffs to file a motion for attorney's fees and costs no later than December 20, 2011. Defendant must file his response by January 10, 2012. Plaintiffs can then file a reply by January 17, 2012.

**IT IS SO ORDERED.**

                               */s/ Dan A. Polster   December 5, 2011*
                               **Dan Aaron Polster**
                               **United States District Judge**