# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 17, 2011

Mr. Dean Boland
Mr. Jonathan Earl Rosenbaum

      Re:  Case No. 11-4279/11-4237, *Jane Doe, et al v. Dean Boland*
            Originating Case No. : 07-02787

Dear Counsel,

   The briefing schedule for these cases is listed below. The briefs must be filed electronically with the Clerk's office no later than these dates. If the appellant's or cross-appellant's principal brief is filed late, the appeal or cross-appeal is at risk of being dismissed for want of prosecution.

   For most appeals, the Court will access directly the electronic record in the district court. Include, in an addendum in the principal brief, a designation of relevant district court documents, identifying each document by record entry number and a succinct description.

   However, if any relevant documents, such as the complaint or indictment, are not available electronically, the parties <u>must</u> file an electronic appendix with the briefs. To determine if this appeal requires an appendix and how to prepare it, read the latest version of the Sixth Circuit Rules at www.ca6.uscourts.gov, in particular Rules 28 and 30.

| | |
|---|---|
| First Brief:<br>Appellant/Cross-Appellee Brief<br>Appendix (if required by 6th Cir.<br>  R. 30(a)) | Limit 14,000 words<br>Filed electronically by **December 30, 2011** |
| Second Brief:<br>Appellee/Cross-Appellant Brief<br>Appendix (if required by 6th Cir.<br>  R. 30(a) and (c)(2)) | Limit 16,500 words<br>Filed electronically by **February 1, 2012** |
| Third Brief:<br>Appellant Reply/Cross-Appellee<br>Response Brief | Limit 14,000 words<br>Filed electronically by **March 5, 2012** |
| Fourth Brief:<br>Appellee/Cross-Appellant<br>Reply Brief (Optional) | Limit 7,000 words<br>Filed electronically **17** days<br>after 3rd brief. |

EXHIBIT A, PAGE 1

    **When you docket your brief in ECF, the correct entry for a cross-appeal is "First Brief," "Second Brief," and so forth.**

    A party desiring oral argument must include a statement <u>in the brief</u> setting forth the reason(s) why oral argument should be heard. *See* 6th Cir. R. 34(a). If the docket entry for your brief indicates that you have requested oral argument but the statement itself is missing, you will be directed to file a corrected brief.

    In scheduling appeals for oral argument, the court will do what it can to avoid any dates which counsel have called to its attention as presenting a conflict. If you have any such dates, you should address a letter to the Clerk advising of the conflicted dates.

                                            Sincerely yours,

                                            s/Benjamin P. Alexander
                                            Case Manager
                                            Direct Dial No. 513-564-7021