Case No. 11-4279

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

JANE DOE, C/o her guardian and next friend; PETER LORA; JANE ROE, C/o her guardian and next friend; VICTORIA BLOOM

    Plaintiffs - Appellees Cross-Appellants

v.

DEAN BOLAND

    Defendant - Appellant Cross-Appellee

1:07cv2787

UNITED STATES OF AMERICA

    Interested Party - Intervenor

 

Upon consideration of the appellee cross-appellant's motion to voluntarily dismiss the cross-appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the cross-appeal is dismissed.

        **ENTERED PURSUANT TO RULE 45(a),**
        **RULES OF THE SIXTH CIRCUIT**
        Leonard Green, Clerk

Issued: January 18, 2012