UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 11-4237

JANE DOE and JANE ROE, C/O THEIR
GUARDIANS AND NEXT FRIENDS,
    Plaintiffs - Appellees,

UNITED STATES OF AMERICA,
    Interested Party-Intervenor,

  v.

DEAN BOLAND,
    Defendant - Appellant.

**FILED**
Nov 09, 2012
DEBORAH S. HUNT, Clerk

Before: SUTTON and GRIFFIN, Circuit Judges; BERTELSMAN, District Judge.

**JUDGMENT**

On Appeal from the United States District Court
for the Northern District of Ohio at Cleveland.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

_Deborah S. Hunt, Clerk_