# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 11-4237

_____

Filed: December 04, 2012

JANE DOE, C/o her guardian and next friend; JANE ROE, C/o her guardian and next friend

    Plaintiffs - Appellees

UNITED STATES OF AMERICA

    Interested Party - Intervenor

v.

DEAN BOLAND

    Defendant - Appellant

1:07cv2787 DAP

## MANDATE

Pursuant to the court's disposition that was filed 11/09/2012 the mandate for this case hereby issues today.   Affirmed

COSTS: None