# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

February 11, 2013

**William K. Suter**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

**FILED**
*Feb 12, 2013*
DEBORAH S. HUNT, Clerk

Re: Dean Boland
v. Jane Doe, et al.
No. 12-987
(Your No. 11-4237)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 7, 2013 and placed on the docket February 11, 2013 as No. 12-987.

Sincerely,

**William K. Suter**, Clerk

by

Jacob C. Travers
Case Analyst